UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

___ FILED   ___ RECEIVED
___ ENTERED ___ SERVED ON
            COUNSEL/PARTIES OF RECORD

OCT - 4 2017

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY:_____ DEPUTY

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | 2:06-CR-096-JCM-RJJ |
| Plaintiff, ) | |
| vs. ) | |
| MICHAEL DWAINE SPRADLING ) | |
| Defendant. ) | |

ORDER

The matter before the court is to clarify the order of restitution previously entered as part of the Judgment in a Criminal Case (ECF#44), sentencing held on March 23, 2007. Upon further review of the restitution order in this matter, the specifics needed to complete the order of restitution were not made a part of the Judgment. Therefore, good cause appearing,

**IT IS ORDERED** that the defendant shall make restitution to the following payee(s) listed below:

Name of Payee: BANK OF AMERICA
Amount of Restitution: $6,500.00

Name of Payee: BANK OF AMERICA (f.k.a. MBNA)
Amount of Restitution: $15,473.00

Name of Payee: SILVER STATE SCHOOLS CREDIT UNION
Amount of Restitution: $3,000.00

Name of Payee: HOUSEHOLD BANK OF NV
Amount of Restitution: $9,361.00

**Total Amount of Restitution ordered: $34,334.00****

**Joint and Several with co-defendants Gary Louis Rodriguez, Ky Vu and Ngoclan Thi Dang

Dated this _____ day of October, 2017.

_____
UNITED STATES DISTRICT JUDGE